

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00243-CR

**SAMUEL CRAWFORD PATTERSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 17-00251-CRF-361**

## MEMORANDUM OPINION

Samuel Crawford Patterson appealed the trial court's judgment of conviction. He now moves to dismiss the appeal, citing the parties have reached an agreement in the underlying criminal proceeding. Patterson and his attorney have signed the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Patterson's motion to dismiss is granted, and this appeal is dismissed. *Id.*

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Rex Davis[1]
Motion granted
Appeal dismissed
Opinion delivered and filed July 13, 2022
Do not publish
[CR25]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.

Patterson v. State                                                   Page 2